**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RICHARD WARREN, | ) | |
| CHRISTOPHER LEATHERWOOD, and | ) | |
| DONALD WAGNER JR., | ) | |
| Individually and On Behalf of All | ) | |
| Others Similarly Situated, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiffs, | ) | 1:16-cv-01749-TWT |
| | ) | |
| vs. | ) | |
| | ) | |
| HORIZON SATELLITES, INC. d/b/a | ) | |
| HORIZON ENTERTAINMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE**
**DEADLINE TO ANSWER, MOVE, OR OTHERWISE**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, HORIZON SATELLITES, INC. D/B/A HORIZON

ENTERTAINMENT ("Defendant"), by and through undersigned counsel, files this

unopposed motion to extend the deadline for Defendant to answer, move, or

otherwise respond to Plaintiff's Complaint by thirty (30) days. Defendant seeks this

extension so that it will have adequate time to properly respond to the Complaint.

The undersigned has conferred with Plaintiff's counsel concerning this motion and

Plaintiff's counsel consented to the extension request. If this motion is granted, the

new deadline for Defendant to serve its response to the Complaint will be September

8, 2016.  A proposed Order is attached for the Court's consideration.

Respectively submitted, this 27th day of July, 2016.


/s/Edward N. Boehm, Jr.
Tracy L. Moon, Jr.
Georgia Bar No. 518050
Edward N. Boehm, Jr.
Georgia Bar No. 183411

FISHER & PHILLIPS LLP
1075 Peachtree Street NE
Suite 3500
Atlanta, GA 30309
Tel:  404-231-1400
Fax:  404-240-4249
tmoon@fisherphillips.com
tboehm@fisherphillips.com

COUNSEL FOR DEFENDANT

2

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RICHARD WARREN, | ) | |
| CHRISTOPHER LEATHERWOOD, and | ) | |
| DONALD WAGNER JR., | ) | |
| Individually and On Behalf of All | ) | |
| Others Similarly Situated, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiffs, | ) | 1:16-cv-01749-TWT |
| | ) | |
| vs. | ) | |
| | ) | |
| HORIZON SATELLITES, INC. d/b/a | ) | |
| HORIZON ENTERTAINMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 27, 2016, a copy of **Defendant's Unopposed Motion to Extend the Deadline to Answer, Move, or Otherwise Respond to Plaintiff's Complaint** was electronically filed with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send an email notification of such filing to the following attorneys of record:

Benjamin B. Kandy
THE LAW OFFICE OF BENJAMIN
B. KANDY LLC
534 Medlock Road, Suite 109
Decatur, Georgia 30030

Mitchell Benjamin
DeLONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN LLC
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303

*/s/Edward N. Boehm, Jr.*
Edward N. Boehm, Jr.

4

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RICHARD WARREN, | ) | |
| CHRISTOPHER LEATHERWOOD, and | ) | |
| DONALD WAGNER JR., | ) | |
| Individually and On Behalf of All | ) | |
| Others Similarly Situated, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiffs, | ) | 1:16-cv-01749-TWT |
| | ) | |
| vs. | ) | |
| | ) | |
| HORIZON SATELLITES, INC. d/b/a | ) | |
| HORIZON ENTERTAINMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Unopposed Motion to Extend the Deadline to Answer, Move, or Otherwise Respond to Plaintiff's Complaint having been read and considered, the Motion is hereby GRANTED.  Defendant's new deadline for serving its response to the Complaint is extended for a period of fourteen (14) days, through and including September 8, 2016.

IT IS SO ORDERED, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE