IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD WARREN, | ) | |
| CHRISTOPHER LEATHERWOOD, and | ) | |
| DONALD WAGNER JR., | ) | |
| Individually and On Behalf of All | ) | |
| Others Similarly Situated, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiffs, | ) | 1:16-cv-01749-TWT |
| | ) | |
| vs. | ) | |
| | ) | |
| HORIZON SATELLITES, INC. d/b/a | ) | |
| HORIZON ENTERTAINMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, dismiss this action with prejudice.

This 4th day of January, 2017.


*/s/ Benjamin B. Kandy*
Benjamin B. Kandy
Georgia Bar No. 765357
The Law Office of Benjamin B. Kandy, LLC
534 Medlock Road
Suite 109
Decatur, Georgia 30030

1

ben@bkandylaw.com
(678) 824-2251 (Telephone)

Mitchell Douglas Benjamin
Georgia Bar No. 049888
DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
101 Marietta Street, NW
3100 Centennial Tower
Atlanta, Georgia 30303
Benjamin@dcbflegal.com
(404) 979-3157 (Telephone)
COUNSEL FOR PLAINTIFFS

*/s/ Edward N. Boehm, Jr.*
Edward N. Boehm, Jr.
Georgia Bar No. 183411
Fisher & Phillips LLP
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30309
tboehm@fisherphillips.com
(404) 240-4286 (Telephone)
COUNSEL FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD WARREN, | ) | |
| CHRISTOPHER LEATHERWOOD, and | ) | |
| DONALD WAGNER JR., | ) | |
| Individually and On Behalf of All | ) | |
| Others Similarly Situated, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiffs, | ) | 1:16-cv-01749-TWT |
| | ) | |
| vs. | ) | |
| | ) | |
| HORIZON SATELLITES, INC. d/b/a | ) | |
| HORIZON ENTERTAINMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of January, 2017, a copy of the Joint Stipulation of Dismissal With Prejudice was served via the Court's CM/ECF filing system on the following parties:

>Edward N. Boehm, Jr.
>Georgia Bar No. 183411
>FISHER & PHILLIPS LLP
>1075 Peachtree Street NE, Suite 3500
>Atlanta, Georgia 30309


>*/s/Benjamin B. Kandy*
>Benjamin B. Kandy

>COUNSEL FOR PLAINTIFFS